## UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **GIANG VO,**<br>　　　　　　**Plaintiff.**<br>**VERSUS**<br>**CAROLINA CASUALTY INSURANCE COMP ANY, ET AL.,**<br>　　　　　　**Defendants.** | **CIVIL CASE**<br>**DOCKET NO. 3:23-cv-545**<br>**DIVISION "SDD"**<br>**MAG. "RLB"**<br>**JURY DEMAND** |

### AMENDED NOTICE OF REMOVAL

Carolina Casualty Insurance Company and PAT Auto Transport, Inc., removing defendants, pursuant to this court's order dated August 16, 2023 [Doc. 12], supplements and amends Paragraph 3 of their original Notice of Removal [Doc. 1], as amended by their Amended Notice of Removal [Doc 8],[1] to provide proof of Douglas Driver's foreign domiciliary status.

Paragraph 3 of defendants' notice of removal is supplemented and amended to add paragraph 3(A) which states as follows:

3(A).  Defendant, Paul Douglas Driver, is a nonresident of the full age of majority domiciled and living in Molino, Florida (See Exhibit "G," Exhibit "H" at p. 2).

Defendants adopt and reallege each and every allegations contained in their original Notice of Removal [Doc. 1], as amended by their First Amended Notice of Removal [Doc. 8], all of which are incorporated by reference as if set forth herein *in extenso*.

**WHEREFORE,** defendants, Carolina Casualty Insurance Company and PAT Auto Transport, Inc., respectfully pray that the above action, previously removed from the 19th Judicial District Court for the Parish of East Baton Rouge, State of Louisiana, Docket No.: C-731,298,

---

[1] The sole purpose of the Amended Removal was to correct the caption to list all defendants by name instead of the abbreviated use of "et al."

1

Section "M(31)," be added and remain on the docket of the United States District Court for the Middle District of Louisiana.

Respectfully submitted,

**LOEB LAW FIRM**

By: _____
**J. SCOTT LOEB (#25571)**
**LAUREN FAJONI BARTLETT (#28311)**
1180 West Causeway Approach
Mandeville, Louisiana 70471
Tel.: (985) 778-0220
Fax: (985) 246-5639
sloeb@loeb-law.com
lbartlett@loeb-law.com
*Attorneys for Carolina Casualty Insurance Company and PAT Auto Transport, Inc., Defendants*

## CERTIFICATE OF SERVICE

I do hereby certify that on this __8th__ day of September, 2023, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which, if they are subscribed, will send a notice of electronic filing to all counsel of record. Those parties who are not so subscribed have been served by email, hand delivery, facsimile and/or by first class mail delivery in accordance with Rule 5 of the Federal Rules of Civil Procedure. Discovery documents that are not otherwise filed with the Clerk of Court have been delivered to all counsel of record by hand delivery, facsimile transmission, or depositing a copy of same in the United States Mail, first class postage prepaid.

_____